IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CRIMINAL NO. 21-CR-273 |
| | : | |
| JOSEPH CANDIDI, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **6th** day of **February 2025**, upon consideration of Defendant's *pro se*

and Motion to Modify the Terms of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF

No. 51) and the Government's Response (ECF No. 54) thereto, and for the reasons set forth in the

accompanying memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**